```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 17822
   LAVERNE SHARNETT WATTS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9672

-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/04/2005 and was confirmed 07/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          6816.65          .00         3913.19
EVERHOME MORTGAGE CO      CURRENT MORTG          .00          .00             .00
US BANK                   SECURED             4055.92        98.83        4055.92
RESURGENT ACQUISITION LL  UNSECURED            632.64          .00          363.16
CHASE                     UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED           5256.85          .00         3017.77
RESURGENT ACQUISITION LL  UNSECURED           2890.99          .00         1659.61
GEMB/JC PENNEY            UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED           1040.83          .00          597.49
SMC                       UNSECURED            992.47          .00          569.75
SUPERIOR CR               UNSECURED         NOT FILED          .00             .00
US BANK                   UNSECURED         NOT FILED          .00             .00
JP MORGAN CHASE BANK NA   UNSECURED           1442.94          .00          828.33
ECAST SETTLEMENT CORP     UNSECURED            480.24          .00          275.67
JEFFREY L BENSON          DEBTOR ATTY            .00                          .00
TOM VAUGHN                TRUSTEE                                           870.28
DEBTOR REFUND             REFUND                                            500.00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 16,750.00

PRIORITY                                             .00
SECURED                                         4,055.92
    INTEREST                                       98.83
UNSECURED                                      11,224.97
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              870.28
DEBTOR REFUND                                     500.00
                        ---------------       ---------------

              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 17822 LAVERNE SHARNETT WATTS
```

```
TOTALS                                 16,750.00              16,750.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
   Dated: 05/23/08                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```